# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 11, 2008

135102

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ALEX LAVERN GOLDMAN,
    Defendant-Appellant.

SC: 135102
COA: 268842
Kalamazoo CC: 05-000086-FC

_____/

    On order of the Court, the application for leave to appeal August 28, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 11, 2008

s0604

_____
Clerk